UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELBA CAMPBELL                                          NUMBER:_____

VS.

FMC OF DENHAM SPRINGS
d/b/a FRESENIUS MEDICAL CARE
LOUISIANA DIALYSIS GROUP, L.L.C.,
XYZ INSURANCE COMPANY

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Bio-Medical Applications of Louisiana, L.L.C., erroneously named as FMC of Denham Springs d/b/a Fresenius Medical Care Louisiana Dialysis Group, L.L.C. (the "Remover") who, pursuant to 28 U.S.C § 1441 and 1446, respectfully files this Notice of Removal. In support of this removal, Remover asserts the following:

I.

On or about March 18, 2011, plaintiff filed this suit in the Twenty-First Judicial District Court, Parish of Livingston, State of Louisiana, which is now pending therein bearing Suit Number 132488, Division "E." "FMC of Denham Springs d/b/a Fresenius Medical Care Louisiana Dialysis Group, L.L.C." was incorrectly named as the defendant that owns and operates the dialysis center at issue in this suit. The correct entity is Bio-Medical Applications of Louisiana, L.L.C. d/b/a FMC of Denham Springs. Plaintiff has been made aware of this and has indicated that an amending complaint will be filed.

II.

This Notice of Removal is being filed within thirty (30) days after the receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief against Remover upon which the state court action or proceeding is based. Remover was served with the original petition on or about March 29, 2011.

III.

This suit is being removed less than one year after commencement of this action in state court.

IV.

Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Middle District of Louisiana, is the district and division within which the above described state court suit is pending.

V.

This court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because this action is between citizens of different states and the amount in controversy exceeds SEVENTY FIVE THOUSAND DOLLARS ($75,000), exclusive of costs and interests.

VI.

Plaintiff, upon information and belief, is a citizen of the State of Louisiana. Bio-Medical Applications of Louisiana, L.L.C. is a Delaware company with its principal place of business in Massachusetts. Its sole member is Bio-Medical Applications of

Maryland, Inc., a corporation organized under the laws of Delaware and having its principal place of business in Massachusetts.

VII.

Remover reasonably believes and avers that the amount in controversy in the above entitled action, exclusive of interest and costs, will exceed the jurisdictional amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000) set forth in 28 U.S.C. § 1332 and incorporated in 28 U.S.C. § 1441(a) which allows removal of state court suits to federal court.

VIII.

A copy of the state court suit record and citation is attached to this Notice of Removal as Exhibit "A" *in globo*.

WHEREFORE, Remover prays that this Notice of Removal be accepted by this Honorable Court as good and sufficient and that this Court will enter such orders as may be proper in the premises.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By: _____s/ Erick Y. Miyagi_____
Erick Y. Miyagi, #22533
John Stone Campbell III, #23674
Cynthia M. Amedee, #31597
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

*Attorneys for Bio-Medical Applications of Louisiana, L.L.C.*

## - CERTIFICATE OF SERVICE -

I certify that a copy of the foregoing was this day mailed, properly addressed and first-class postage prepaid to:

Louis J. Lambert, Jr.
Jennifer M. Racca
6513 Perkins Road, Suite 107
Baton Rouge, LA 70808

Baton Rouge, Louisiana, this 26th day of April, 2011.

s/ Erick Y. Miyagi
Erick Y. Miyagi