MELBA CAMPBELL NUMBER: 132488 DIV: E

21st JUDICIAL DISTRICT COURT

VERSUS

PARISH OF LIVINGSTON

FMC OF DENHAM SPRINGS,
d/b/a FRESENIUS MEDICAL CARE
LOUISIANA DIALYSIS GROUP, LLC,
XYZ INSURANCE COMPANY          STATE OF LOUISIANA

PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes petitioner MELBA CAMPBELL, of the full age of majority, domiciled in the Parish of East Baton Rouge, who with respect represents that:

1.

Made Defendants herein are:

(a) Fresenius Medical Care of Denham Springs d/b/a Fresenius Medical Care Louisiana Dialysis Group, LLC, (hereinafter referred to as "Fresenius"), a Louisiana Limited Liability Company doing business in the State of Louisiana whose principal place of business is 137 Veterans Boulevard, Denham Springs, Louisiana;

(b) XYZ INSURANCE COMPANY, upon information and belief, a foreign insurance corporation authorized to do and doing business in the State of Louisiana.

2.

Defendants in Paragraph 1 above are indebted to the Plaintiff, Melba Campbell, individually, jointly, and severally, for all damages reasonable in the premise, together with legal interest on all sums from the date of judicial demand, until paid, and for all costs of these proceedings, to-wit:

3.

That jurisdiction and venue are proper in Livingston Parish as provided by La. R.S. 22:655 and La. C.C.P. Art. 42. This parish is proper because this is where the Defendants's wrongful conduct occurred, and where the Plaintiff sustained damages.

4.

During the morning, on or about September 24, 2010, Plaintiff, Melba Campbell, was awaiting a scheduled dialysis appointment at Fresenius Medical Care of Denham Springs.

5.

At the approximate time and date set out in the preceding paragraph, Melba entered Fresenius. She took a seat, spoke with another patient, and awaited her appointment. During the five to ten minute waiting period, she was unaware of the clear liquid substance on the floor. Melba's name was called, she stood and walked to enter the dialysis room. Her feet slipped from under her and her body fell to the floor.

6.

Two gentlemen present in the waiting room, attempted to assist Melba. Emergency Medical Service (EMS) was called. Melba was placed on a transport board and brought to an emergency room. X-rays showed that Melba suffered from a shattered ankle as a result of the fall. She was immediately taken to dialysis so that the physicians could quickly perform surgery on her ankle. After the surgery, Melba spent three weeks in the hospital. After being discharged from the hospital, she was placed in the care of a home health agency.

7.

Melba continues to suffer severe pain in her ankle as a direct result of this accident and subsequent injury and surgery. She continues to have difficulty ambulating, due to the injury and necessity of a cast.

8.

On the date of the accident and prior to the accident, Fresenius was made aware of the liquid substance on the floor and failed to remove said substance.

9.

Petitioner, Melba Campbell, avers that she was not negligent or at fault in any way in the accident made the basis of this lawsuit, but that the proximate and sole cause of said accident was the gross and flagrant carelessness, negligence, indifference and fault of the Defendants, in the following non-exclusive particulars:

    (a)    In the facility's failure to properly maintain its floors, aisles and passage ways;

    (b)    In failing to exercise reasonable care to keep its premises free of hazardous conditions;

    (c)    In failing to properly prevent and remove the liquid substance existing on the floor, after receiving notice of the hazard;

    (d)    In failing to properly warn its patrons of the existing hazard, after receiving notice

of the hazard;

(e)    Any and all other acts of negligence to be proven at or before the trial on the merits of this matter.

10.

At all times mentioned above, petitioner, Melba Campbell, was free from any fault whatsoever contributing to the cause of the afore described accident.

11.

As a result of the accident made basis of this lawsuit, petitioner, Melba Campbell, individually, sustained injuries resulting in:

(a)    Medical and pharmaceutical expenses;

(b)    General damages including physical pain and suffering, mental anguish, emotional stress and loss of enjoyment of life past, present and future;

(c)    Loss of earnings and/or earning capacity;

(d)    Disability and impairment;

(e)    Loss of enjoyment of life and inconvenience; and

(f)    All other damages to be proven at trial on this matter.

12.

As a result of injuries Melba Campbell sustained in the accident sued on herein, she is entitled to damages reasonable under the circumstances.

13.

Plaintiff respectfully requests written notice to counsel ten (10) days in advance of the date fixed for trial or hearing on any exception, motion, rule or trial on the merits in this proceeding pursuant to Louisiana Code of Civil Procedure, Article 1572, and Plaintiff further requests pursuant to Louisiana Code of Civil Procedure, Articles 1913 and 1914 immediate notice to counsel of all interlocutory and final orders and judgment on any exceptions, motions, rules or trial on the merits in these proceedings.

WHEREFORE, petitioner, MELBA CAMPBELL, prays that a certified copy of this Petition be served upon Defendants, and that each Defendant be duly cited to appear and answer same and after due proceedings and delays are had, there may be Judgment rendered in favor of Plaintiff, MELBA CAMPBELL, and against Defendants,, individually and in solido for all reasonable damages, together with legal interest from the date of judicial demand until paid, all costs of this

proceeding and for any and all other general and equitable relief.

RESPECTFULLY SUBMITTED:

_____
Louis J. Lambert, Jr. (Bar Roll # 07938)
6513 Perkins Road, Suite 107
Baton Rouge, LA 70808
Telephone: (225) 763-6161
Fax: (225) 757-0106

ATTORNEY FOR MELBA CAMPBELL

_____
Jennifer M. Racca (Bar Roll # 32925)
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 767-7778
Fax: (225) 757-0106

ATTORNEY FOR MELBA CAMPBELL

**PLEASE SERVE:**

**Fresenius Medical Care of Denham Springs**
**d/b/a Fresenius Medical Care Louisiana Dialysis Group, LLC**
by and through their agent for service of process,
CT Corporation System
5615 Corporate Blvd., Ste, 400B
Baton Rouge, LA 70808

**XYZ Insurance Company**
by and through their agent for service of process.
Hold Service at this time for XYZ Insurance Company

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this March 23, 20 11
_____
Deputy Clerk of Court

# CITATION
## PETITION FOR DAMAGES, INTERROGATORIES

CAMPBELL, MELBA

Vs.

FRESENIUS MEDICAL CARE OF DENHAM
SPRINGS DBA - ET AL



Case: 000000132488
Division: E
21st Judicial District Court
Parish of Livingston
State of Louisiana

To: FRESENIUS MEDICAL CARE OF DENHAM SPRINGS
DBA FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC
BY AND THROUGH THEIR AGENT FOR SERVICE OF PROCESS,
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., STE, 400 B
BATON ROUGE, LA 70808          of EAST BATON ROUGE Parish

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON March 23, 2011.

Clerk of Court
21st Judicial District
Parish of Livingston

_____
Deputy Clerk of Court

Attorney
LOUIS J. LAMBERT, JR.
6513 PERKINS ROAD, SUITE 107
BATON ROUGE, LA 70808

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

_____

Returned:
Parish of _____ this ____ day of _____, 20____.

Service    $ _____
                                        By: _____
Mileage    $ _____                         Deputy Sheriff

Total      $ _____

[ SERVICE ]

MELBA CAMPBELL            NUMBER: 132488 DIV: E

21st JUDICIAL DISTRICT COURT

VERSUS

PARISH OF LIVINGSTON

FMC OF DENHAM SPRINGS,
d/b/a FRESENIUS MEDICAL CARE
LOUISIANA DIALYSIS GROUP, LLC,
XYZ INSURANCE COMPANY     STATE OF LOUISIANA

## INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, MELBA CAMPBELL, pursuant to Articles 1457 and 1458 of the Louisiana Code of Civil Procedure, propound the following Interrogatories and Requests for Production of Documents to the Defendant, **FMC OF DENHAM SPRINGS, d/b/a FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC.** Said Interrogatories and Requests for Production of Documents are to be answered and responded to fully, under oath, within the time delays provided under the Louisiana Code of Civil Procedure, and are to be considered continuing in nature. Should there be a change in circumstances affecting any answers hereto, supplemental answers are expected.

### DEFINITION OF TERMS

Wherever the terms "you", "your" are used herein, they refer to **FMC OF DENHAM SPRINGS, d/b/a FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC.**, their agents, employees, representatives, attorneys and insurers and is intended to request information possessed by **FMC OF DENHAM SPRINGS, d/b/a FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC**, or any of their employees, agents, representatives, attorneys or insurers.

"Document" and "Documentation" means any writing or any kind, including originals and all nonidentical copies (whether different from the originals by reason of notation made on such copies or otherwise), including without limitation correspondence, memoranda, notes, desk calendars, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, invoices, statements, receipts, returns, warranties, guaranties, summaries, pamphlets, books, prospectuses, interoffice and intra office communications, offers, notices of any sort of conversations, telephone calls, meetings or other communications, bulletins, magazines, publications, printed matter, photographs, computer printouts, tele-types, telefax, invoices, worksheets and all drafts, alterations,

modifications, changes and amendments of any of the foregoing, tapes, tape recordings, transcripts, graphic or aural records or representations of any kind, and electronic mechanical or electric records or representations of any kind, or which you have knowledge or which are now or were formerly in your actual or constructive possession, custody or control.

"Possession, custody or control" includes the joint or several possession, custody or control not only by the person to whom these interrogatories and requests are addressed, but also the joint or several possession, custody or control by each or any other person acting or purporting to act on behalf of the person, whether as employee, attorney, accountant, agent, sponsor, spokesman, or otherwise.

"Relates to" means supports, evidences, describes, mentions, refers to, contradicts or comprises.

"Person" means any natural person, firm, corporation, partnership, proprietorship, joint venture, organization, group of natural persons, or other association separately identifiable, whether or not such association has a separate juristic existence in its own right.

"Identify, identity and identification", when used to refer to a natural person, means to state the following:

1. The person's full name, and present or last known home address, home telephone number, business address and business telephone number;

2. The person's present title and employer or other business affiliation;

"Identify, identity and identification", when used to refer to a document, means to state the following:

1. The subject of the document;
2. The title of the document;
3. The type of document (e.g., letter, memorandum, telegram, chart);
4. The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date;

5. The identity of the person or persons who wrote, contributed to, prepared or originated such document; and

6. The present or last known location and custodian of the document.

## INTERROGATORIES

### INTERROGATORY NUMBER 1

Please provide the names and addresses of all persons known by you, your attorney or any of your representatives, to have knowledge of the facts giving rise to this lawsuit and for each please provide a brief description of their knowledge and/or the facts.

### INTERROGATORY NUMBER 2

For each policy of insurance which may provide coverage to you for the claims of the Plaintiff, please state the:

    (a)    name and address of the insurer;

    (b)    name and address of the insured;

    (c)    policy number;

    (d)    inclusive dates of the policy period;

    (e)    policy limits;

    (f)    whether the insurer has accepted coverage, and, if not, whether a policy defense has been asserted, and, if so, the alleged factual basis for that defense.

### INTERROGATORY NUMBER 3

If you have performed any testing, done any inspection or examined in any way the floor which is the subject of this lawsuit, please state:

    a.    The nature of the inspection, testing or examination. This sub-part requests you to describe any testing, examination or inspection that was done on the floor which is the subject of this lawsuit.

    b.    The protocol utilized in the inspection, testing or examination.

    c.    Describe in detail all findings made by you.

### INTERROGATORY NUMBER 4

Please provide the name and address of any **FMC OF DENHAM SPRINGS, d/b/a FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC**, employee or other person who either witnessed the incident which is the subject of this lawsuit, or who came upon the

scene of the incident at any time within one (1) hour after the incident, or within one (1) hour before the incident.

### INTERROGATORY NUMBER 5

Please identify by full legal name, last known address and telephone number employee(s) who reported the accident which forms the basis of this lawsuit. Also indicate whether or not said manager is still employed by **FMC OF DENHAM SPRINGS, d/b/a FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC.**

### INTERROGATORY NUMBER 6

Please identify by full legal name, last known address and telephone number all employees who were working at the time of the incident described in the petition. Also indicate whether or not each identified employee is still employed by **FMC OF DENHAM SPRINGS, d/b/a FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC.**

### INTERROGATORY NUMBER 7

For each witness you intend to call to testify as a fact witness at trial, please state:

    a)    his/her full legal name,

    b)    his/her last known address,

    c)    his/her occupation and

    d)    the substance of his/her testimony.

### INTERROGATORY NUMBER 8:

With regard to any person you expect to call as an expert witness at the trial, please state:

    a)    his/her name and address,
    b)    his/her specialty or field of expertise,
    c)    the subject matter upon which the expert is expected to testify, and
    d)    whether a written report has been rendered, and, if so, please attach a copy of any such report to your answers to these interrogatories.

### INTERROGATORY NUMBER 9:

Identify each exhibit you intend to offer into evidence at trial on the merits of this matter.

### INTERROGATORY NUMBER 10

Do you or your attorney or other representative have any photographs or video taken of the accident location? If so, for each photograph and/or video, please state:

    a)    what is depicted;

    b)    the name, address, and occupation of the person who took or made it;

Case 3:11-cv-00274-RET -CN    Document 2    04/27/11   Page 9 of 12

c)   the time, date, and place it was taken;

d)   the name and address of the person who has custody of it; and

e)   please attach a copy at the expense of plaintiff of each photograph to your answers to these interrogatories.

This discovery request specifically includes any surveillance video.

### INTERROGATORY NUMBER 11

Have "you," or anyone on your behalf, taken any oral, written or recorded statements from any of the plaintiffs or any other witnesses regarding the incident sued upon herein? If so, please state the following:

a)   name and address of the person or persons from whom a statement was taken;

b)   the dates such statement was taken;

c)   all persons present when the statement was taken;

d)   the connection of the witness or person to the incident sued upon herein;

e)   the identity of the person taking the statement (name and address);

f)   you are requested to produce a copy of any such statement.

### INTERROGATORY NUMBER 12

Have "you" performed any investigation into the accident or incident sued upon herein? If so, please state:

a)   the name and address of the person and/or persons who performed such investigation;

b)   identify by name and date any written reports generated by the investigation.

### INTERROGATORY NUMBER 13

Please provide the name of the owner of the building that is located at 137 Veterans Boulevard, Denham Springs, Louisiana.

### INTERROGATORY NUMBER 14

Do "you" employ the services of a janitorial and/or custodial service? If so, please state:

a)   the name and address of the business, person and/or persons who performed such service;

b)   identify by name and date the employee(s) working before, during and after the date of the accident.

## DOCUMENT REQUESTS

### REQUEST FOR PRODUCTION NUMBER 1

Please produce copies of any and all information or documents, incident reports, notes, memoranda, statements and any writings including inter-company correspondence, statements, etc., regarding your investigation of this matter.

### REQUEST FOR PRODUCTION NUMBER 2

Please produce any documents, manuals, policies or procedures regarding maintenance of the floors located at 137 Veteran's Boulevard, Denham Springs, Louisiana.

### REQUEST FOR PRODUCTION NUMBER 3

Please produce a certified copy of all insurance policies identified by you in your answer to the foregoing interrogatories.

### REQUEST FOR PRODUCTION NUMBER 4

Please produce any statements.

### REQUEST FOR PRODUCTION NUMBER 5

Please produce a copy of any other statement obtained from any other person concerning the incident which forms the basis for the instant litigation.

### REQUEST FOR PRODUCTION NUMBER 6

Please produce any accident\incident report prepared in the incident described in Plaintiff's Petition for Damages.

### REQUEST FOR PRODUCTION NUMBER 7

Please produce copies of all exhibits that you may or will offer as evidence at the trial of this matter.

### REQUEST FOR PRODUCTION NUMBER 8

Please produce any expert witness reports you have received.

### REQUEST FOR PRODUCTION NUMBER 9

Please produce a copy of the any lease agreement relative to the property located at 137 Veterans Boulevard, Denham Springs, Louisiana.

### REQUEST FOR PRODUCTION NUMBER 10

Please produce a copy of the log of all patients indicating the arrival and departing times from your office on the date of the accident.

It is again, respectfully noted that these Interrogatories and Requests for Production of Documents call for information available to you, your attorneys and all of your agents. If you cannot supply the requested information at this time, please give the reason for being unable to do so. Finally, it is again, respectfully noted that these Interrogatories and Requests for Production of Documents are to be deemed continuing so as to require timely supplemental answers, under oath, in writing, at any time that additional information or documentation may be obtained.

RESPECTFULLY SUBMITTED:

Louis J. Lambert, Jr. (Bar Roll # 07938)
6513 Perkins Road, Suite 107
Baton Rouge, LA 70808
Telephone: (225) 763-6161
Fax: (225) 757-0106

Jennifer M. Racca (Bar Roll # 32925)
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 767-7778
Fax: (225) 757-0106

ATTORNEY FOR MELBA CAMPBELL    ATTORNEY FOR MELBA CAMPBELL