UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELBA CAMPBELL | NUMBER: 3:11-cv-00274 |
| VS. | JUDGE RALPH E. TYSON |
| FMC OF DENHAM SPRINGS d/b/a FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, L.L.C. and XYZ INSURANCE COMPANY | MAG. JUDGE CHRISTINE NOLAND |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT STATE COURT PLEADINGS FILED WITH NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Bio-Medical Applications of Louisiana, LLC d/b/a Fresenius Medical Care Denham Springs ("BMA"), who respectfully requests that leave be granted to supplement the state court pleadings filed with its Notice of Removal. *See* Dkt. Nos. 1 and 2.

Melba Campbell filed suit in the 21st Judicial District Court for the Parish of Livingston, Louisiana on or about March 18, 2011. She named as a defendant "FMC of Denham Springs, d/b/a Fresenius Medical Care Louisiana Dialysis Group, L.L.C." *See* Dkt. No. 2, pp. 1-5. Upon service of the Petition for Damages, BMA's counsel advised Ms. Campbell's counsel that FMC of Denham Springs is owned and operated by BMA as opposed to Fresenius Medical Care Louisiana Dialysis Group, L.L.C. On or about April 14, 2011, prior to the removal of this case but unbeknown to BMA, Ms. Campbell filed a Supplemental and Amending Petition for Damages ("Amended Petition") in the state court proceeding. *See* the Amended Petition attached to BMA's Motion. The Amended

Petition correctly names BMA as the owner and operator of Fresenius Medical Care of Denham Springs. On April 26, 2011, BMA filed its Notice of Removal under 28 U.S.C. § 1332. See Dkt No. 1. At that time, BMA did not have knowledge of the filing of, nor had it yet received a copy of, the Amended Petition. Thus, the Amended Petition was not included with the state court pleadings filed with BMA's Notice of Removal.

Because the record in this case is incomplete in that it does not contain a copy of the Amended Petition filed by Ms. Campbell, BMA seeks leave to supplement the state court pleadings filed at Docket No. 2. Accordingly, BMA respectfully requests that this Court grant its Motion for Leave to Supplement the State Court Pleadings and that Ms. Campbell's Supplemental and Amended Petition for Damages be filed into the record as a supplement to, and a part of, the state court pleadings filed at Docket No. 2.

**Respectfully submitted,**

Taylor, Porter, Brooks & Phillips L.L.P.

_____s/ Cynthia M. Amedee_____
Erick Y. Miyagi, Trial Attorney (#22533)
John Stone Campbell, III (#23674)
Cynthia M. Amedee (#31597)
Chase Tower, 8th Floor
451 Florida Street (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Fax: (225) 346-8049

## - CERTIFICATE OF SERVICE -

     I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Louis J. Lambert, Jr., Jennifer M. Racca, and Al J. Robert, Jr. by operation of the court's electronic filing system.

     Baton Rouge, Louisiana, this 8th day of June, 2011.

                                           s/ Cynthia M. Amedee
                                              Cynthia M. Amedee

6
575385.1 Case 3:11-cv-00274-RET -CN   Document 6-2   06/08/11   Page 3 of 3